**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MAYA GRANT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action File No.** |
| **v.** | ) | **1:25-cv-06431-ELR-JSA** |
| | ) | |
| **LIFE UNIVERSITY, INC.,** | ) | |
| **TERRI CARTER, and** | ) | |
| **JANA HOLWICK** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 5, 2026, Order (Doc. 28), Plaintiff Maya Grant and Defendants Life University, Terri Carter, and Jana Holwick (collectively, the "Parties") submit this Joint Status Report and respectfully state as follows:

1.

Because of a scheduling conflict for Plaintiff, the Parties rescheduled their mediation from September 9 to September 15, 2026.

2.

The Parties participated in an all-day mediation on September 15, 2026, with mediator Tanya Tate of Miles Mediation & Arbitration. Although the Parties did not reach a settlement, they received a mediator's proposal requiring each party to submit a confidential response by the end of the day on Friday.

3.

The stay imposed by the Court's Order remains in effect through September 23, 2026. The Parties propose no modification at this time and will submit another joint status report by September 22, 2026, advising the Court of the mediation's final outcome and whether they request additional time before the stay is lifted.

Respectfully submitted, this 16th day of September, 2026.

**GODDARD LAW, PLLC**

*/s/ *Ashley McCormack*
Ashley McCormack
*Pro Hac Vice*
ashley@goddardlawnyc.com
Megan S. Goddard
*Pro Hac Vice*
megan@goddardlawnyc.com
39 Broadway, Suite 1540
New York, NY 10006
T: (646) 964-1178
F: (212) 208-2914

*Attorneys for Plaintiff*

**FREEMAN MATHIS & GARY, LLP**

*/s/ David A. Cole*
David A. Cole
Georgia Bar No. 142383
dcole@fmglaw.com
D. Grace Crapps
Georgia Bar No. 825192
gcrapps@fmglaw.com
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
T: (770) 818-0000
F: (770) 937-9960

*Attorneys for Defendants*