**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MAYA GRANT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action File No.** |
| **v.** | ) | **1:25-cv-06431-ELR-JSA** |
| | ) | |
| **LIFE UNIVERSITY, INC.,** | ) | |
| **TERRI CARTER, and** | ) | |
| **JANA HOLWICK** | ) | |
| | ) | |
| **Defendants.** | ) | |

# JOINT STATUS REPORT

Plaintiff Maya Grant and Defendants Life University, Terri Carter, and Jana Holwick (collectively, the “Parties”) submit this Joint Status Report and respectfully state as follows:

1.

On September 16, 2026, the Parties filed a Joint Status Report advising the Court that they had participated in mediation on September 15, 2026, and had received a mediator’s proposal requiring confidential responses from the Parties.

2.

The Parties did not reach a settlement agreement through their mediation and the mediator’s proposal.

3.

At this time, the Parties do not request any further extension of the stay and understand that the stay imposed by the Court's August 5, 2026 Order will expire and be lifted on September 23, 2026.

Respectfully submitted, this 22nd day of September, 2026.

**GODDARD LAW, PLLC**

*/s/ *Ashley McCormack*
Ashley McCormack
*Pro Hac Vice*
ashley@goddardlawnyc.com
Megan S. Goddard
*Pro Hac Vice*
megan@goddardlawnyc.com
39 Broadway, Suite 1540
New York, NY 10006
T: (646) 964-1178
F: (212) 208-2914

*Attorneys for Plaintiff*

**FREEMAN MATHIS & GARY, LLP**

*/s/ David A. Cole*
David A. Cole
Georgia Bar No. 142383
dcole@fmglaw.com
D. Grace Crapps
Georgia Bar No. 825192
gcrapps@fmglaw.com
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
T: (770) 818-0000
F: (770) 937-9960

*Attorneys for Defendants*